UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF GROVER BEACH, et al.,<br><br>    Defendants. | Case No. 2:18-10590 PSG (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated August 21, 2020 [Dkt. No. 25] of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 25], is accepted;

2. Defendants' Motion to Dismiss [Dkt. No. 12] is granted;

3. All claims in the case are dismissed with prejudice as time barred; and

4. Judgment is to be entered accordingly.

DATED: 9/29/2020

THE HONORABLE PHILIP S. GUTIERREZ
Chief United States District Judge