JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF GROVER BEACH, et al.,<br><br>    Defendants. | Case No. 2:18-10590 PSG (ADS)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: 9/29/2020

THE HONORABLE PHILIP S. GUTIERREZ
Chief United States District Judge